**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:25-CR-00344-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHAMOREA BELL (01)** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 24], and the parties having waived their right to object thereto,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Court accepts the guilty plea of Defendant, Chamorea Bell, and adjudges him **GUILTY** of the offense charged in Count 3 of the Indictment.

MONROE, LOUISIANA, this 19th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1